The People of the State of New York, Respondent,
v. Conrad Hart, Appellant.

(Argued March 25, 1918; decided April 23, 1918.)

Appeal from a judgment of the Supreme Court, rendered September 26, 1917, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Edward J. Reilly* for appellant.

*Harry E. Lewis*, District Attorney (*Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.